Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: Norina_rohlfinglaw@hotmail.com

Attorneys for Plaintiff MAXWELL STORM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXWELL STORM, | Case No.: |
| Plaintiff, | PROPOSED ORDER |
| v. | |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The court grants the application to proceed in forma pauperis.

///
///
///
///
///
///
///
///
///

IT IS SO STIPULATED.

DATE:  April 28, 2005          Respectfully submitted,

                                         LAW OFFICES OF LAWRENCE D. ROHLFING

BY: _____/s/_____
      Denise Bourgeois Haley
      Attorney for plaintiff MAXWELL STORM

**ORDER**

    IT IS SO ORDERED.

DATE:  April 28, 2005          /s/ Dennis L. Beck
_____
                                   DENNIS L. BECK
                                   United States Magistrate Judge