```
1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5
   Attorneys for Defendant
6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAXWELL H. STORM, | ) | 1:05-cv-00576 AWI SMS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO EXTEND TIME |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's confidential letter brief be extended from November 4, 2005 to December 5, 2005.

///
///
///
///
///
///
///

This is defendant's first request for an extension of time to respond to plaintiff's confidential letter brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                        Respectfully submitted,

Dated: October 28, 2005         /s/ Denise Bourgeois Haley
                                (As authorized via facsimile)
                                DENISE BOURGEOIS HALEY
                                Attorney for Plaintiff


Dated: October 28, 2005         McGREGOR W. SCOTT
                                United States Attorney


                                /s/ Kristi c. Kapetan
                                KRISTI C. KAPETAN
                                Assistant U.S. Attorney

IT IS SO ORDERED:


Dated: 11/1/2005

                                 /s/ Sandra M. Snyder
                                THE HONORABLE SANDRA M. SNYDER
                                UNITED STATES MAGISTRATE JUDGE