```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone:  (559) 498-7316
 5
    Attorneys for Defendant
 6
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAXWELL H. STORM, | ) | 1:05-cv-00576 SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | FOR REMAND PURSUANT TO |
| | ) | SENTENCE FOUR OF 42 U.S.C. |
| JO ANNE B. BARNHART, | ) | § 405(g), and |
| Commissioner of Social | ) | |
| Security, | ) | REQUEST FOR ENTRY OF JUDGMENT |
| | ) | IN FAVOR OF PLAINTIFF AND |
| Defendant. | ) | AGAINST DEFENDANT |
| _____ | ) | |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

   On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to obtain vocational expert testimony to determine whether plaintiff is capable of performing other work in the national economy.

   The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff, and against defendant, Commissioner of Social Security, reversing the

```
final decision of the Commissioner.
                                    Respectfully submitted,

Dated: November 22, 2005            /s/ Denise Bourgeois Haley
                                    (As authorized via facsimile)
                                    DENISE BOURGEOIS HALEY
                                    Attorney for Plaintiff

Dated: November 22, 2005            McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kristi C. Kapetan
                                    KRISTI C. KAPETAN
                                    Assistant U.S. Attorney
```

IT IS SO ORDERED.

**Dated:   November 25, 2005**              **/s/ Sandra M. Snyder**
icido3                                  UNITED STATES MAGISTRATE JUDGE