```
McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7316

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXWELL H. STORM, ) | 1:05-cv-00576 SMS |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | AWARDING EAJA ATTORNEY FEES |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED by the parties through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney fees under the Equal Access to Justice Act in the amount of ONE THOUSAND THREE HUNDRED AND NO CENTS ($1,300.00).  This amount represents compensation for legal services rendered on behalf of plaintiff by plaintiff's attorney in connection with this civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).

///

///

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406 of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: January 26, 2006        McGREGOR W. SCOTT
                               United States Attorney


                               /s/ Kristi C. Kapetan
                               KRISTI C. KAPETAN
                               Assistant U.S. Attorney


Dated: January 19, 2006        /s/ Steven Rosales for
                               DENISE BOURGEOIS HALEY
                               Attorney for Plaintiff


IT IS SO ORDERED.

**Dated:   February 6, 2006**           **/s/ Sandra M. Snyder**
icido3                          UNITED STATES MAGISTRATE JUDGE

2